**UNITED STATES of America, Plaintiff-Appellee**

v.

**Offir MOSQUERA, also known as Ofir Mosquera Carvajal, also known as Nancy Torres, also known as Nancy Carson, Defendant-Appellant**

**No. 17-40283**
**Conference Calendar**

United States Court of Appeals, Fifth Circuit.

Filed December 20, 2017

---

Carmen Castillo Mitchell, Assistant U.S. Attorney, U.S. Attorney's Office, Southern District of Texas, Houston, TX, for Plaintiff-Appellee

Offir Mosquera, Pro Se

Before JONES, DENNIS, and GRAVES, Circuit Judges.

PER CURIAM: *

The Federal Public Defender appointed to represent Offir Mosquera has moved for leave to withdraw and has filed a brief in accordance with *Anders v. California*, 386 U.S. 738, 87 S.Ct. 1396, 18 L.Ed.2d 493 (1967), and *United States v. Flores*, 632 F.3d 229 (5th Cir. 2011). Mosquera has not filed a response. We have reviewed counsel's brief and the relevant portions of the record reflected therein. We concur with counsel's assessment that the appeal presents no nonfrivolous issue for appellate review. Accordingly, counsel's motion for leave to withdraw is GRANTED, counsel is excused from further responsibilities herein, and the APPEAL IS DISMISSED. *See* 5TH CIR. R. 42.2.

---

* Pursuant to 5TH CIR. R. 47.5, the court has determined that this opinion should not be published and is not precedent except under the limited circumstances set forth in 5TH CIR. R. 47.5.4.